```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
: 
UNITED STATES OF AMERICA :
:
        -against- : S2 21-CR-224 (VEC)
:
: ORDER
MEHRDAD MAHDAVOODI NOORZADEH, :
:
        Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      As to Defendant MEHRDAD MAHDAVOODI NOORZADEH, the Clerk of Court is hereby directed to receive the monies paid in the Central District of California into the Court's registry until further Order from the Court.

**SO ORDERED.**

Date: **June 16, 2025**                                    _____
      **New York, NY**                                       **VALERIE CAPRONI**
                                                          **United States District Judge**